**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:99CV100
(4:94CR37-18)**


| | |
|---|---|
| **LESTER D. LANGLEY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| ———————————————— ) | |


**THIS MATTER** is before the Court on the Petitioner's "Supplemental

Support for Petitioner's Motion for Relief from Judgment," filed November

15, 2006.

The Court issued a ruling February 27, 2006, denying the Petitioner's

Rule 60(b) motion for relief from Judgment.  Therefore, there is nothing

pending before the Court that requires Petitioner to file "supplemental

support," and such will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Supplemental

Support for Petitioner's Motion for Relief from Judgment," filed November

15, 2006 is hereby **STRICKEN** from the record.

2

Signed: November 27, 2006

Lacy H. Thornburg
United States District Judge